UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 82CR0797E |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL OF |
| | ) | INDICTMENT AND WITHDRAWAL |
| PASQUAL FONSECA-CORTEZ (2), | ) | OF ARREST WARRANT |
| | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice and arrest warrant withdrawn.

**DATED: December 9, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**